No. 480, Misc. PILCHER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 482, Misc. KOENIG v. DONWORTH, JUDGE, ET AL. Supreme Court of Washington. Certiorari denied.

No. 484, Misc. LYNCH v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 487, Misc. CULHANE v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 488, Misc. ALVIN v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 489, Misc. DALOIA v. SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 490, Misc. HALVERSON v. SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 491, Misc. TAYLOR v. SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 492, Misc. WHITCOMB v. RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 493, Misc. FITCH v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.